# Appendix A

# Figures



**Figure 1.  US-62 Looking South**



**Figure 2.  US-62 Looking North**



**Figure 3.  Energy Absorbing Barrels**



**Figure 4. View looking down slope into median; Estimate of POR marked with red cone**



**Figure 5.  View looking up embankment; Yellow tape marks path estimate**



**Figure 6.  Scale drawing of scene**



**Figure 7.  Scale drawing showing possible path**



**Figure 8.  3D rendering of scene**



**Figure 9. 1999 Hyundai Sonata**



**Figure 10. 1999 Hyundai Sonata**