

# COLLISION
## ENGINEERING ASSOCIATES, INC.

Wesley D. Grimes, P.E.
Charles P. Dickerson
Jack L. Richardson
Jonathan A. Balasa
Eric J. Hunter

August 28, 2007

Mr. John Merritt
Merritt & Associates, P.C.
917 N. Robinson
Oklahoma City, OK 73102

**RE: Raley v. Hyundai
C.E.A. Case 3708**

Dear Mr. Merritt:

Per your request, I have refined my reconstruction in order to provide data to Fearless Eye Inc. for the purpose of producing an animation of this crash. As a result of this work, I have made some modifications to my original opinions. They are as follows:

1. The distance from the beginning of the rollover to the point of rest was approximately 50 feet.

2. At the beginning of the rollover the Raley vehicle was traveling between 21 and 25 mph.

3. When the Raley vehicle exited the left edge of the road, it was traveling between 45 and 53 mph.

4. The roll rate during the rollover was between 185 and 310 degrees/sec.

5. The location where the Raley vehicle probably exited the roadway was slightly south of the location depicted in my previous drawings. Attached is an updated drawing.

I have also reviewed the following journal article:

> Wilson, L.A., Gilbert, M., Godrick, D., *Reconstruction and Analysis of Steering-induced, On-road, Untripped SUV Rollover Test (part 1)*, Collision, Volume 2, Issue 1, p. 88

#2

P.O. Box 31900 • Mesa, Arizona 85275-1900
1540 E. University, Suite 500 • Mesa, Arizona 85203
Telephone (480) 655-0399 • Facsimile (480) 655-0693



EXHIBIT
8

If you have any questions, please do not hesitate to contact me.

Sincerely,

COLLISION ENGINEERING ASSOCIATES, INC.

Charles P. Dickerson

enc.



