EXHIBIT 4

# CERTIFICATE OF AUTHENTICITY REGARDING MEDICAL TREATMENT AND SERVICES RESULTING THEREFROM BY MEDICAL PROVIDER

Before me, the undersigned notary, on this day, personally appeared (Affiant/Custodian of Records): __Danette Harmon__, a person whose identity is known to me. After I administered an oath to him/her, upon his/her oath, he/she said:

1. "My name is (Affiant/Custodian of Records) __Danett Harmon__. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and certify that they are true and correct.

2. Beginning on __2-28-04__, (Treating physician's name): MICHAEL W. TOULAN, M.D. provided medical services to (Patient's Name): MISTY D. RALEY. Detailed medical records AND itemized billing reflecting such treatment and/or service is attached hereto and marked "Exhibit A". I can attest herein that the attached documents are true and authentic copies of the original records kept and maintained by the office of MICHAEL W. TOULAN, M.D.

3. The medical services provided to (Patient's Name): MISTY D. RALEY related to injuries she sustained from a motor vehicle accident which occurred on 07-09-03. Furthermore, the medical services provided were reasonable and necessary at the time of the medical services, and the amounts charged for the medical services were reasonable and necessary at the time and place the services were provided.

__Danette Harmon__
AFFIANT (Custodian of Records)

__Dr/ Michael Toulan__
TREATING PHYSICIAN'S NAME

---

SUBSCRIBED AND SWORN TO before me this __3rd__ day of __November__, 2005.

My Commission expires __4-16-2008__

Commission No. _____

TERESA K. ISAACS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES

__Teresa K. Isaacs__

**EXHIBIT 2**

Page 1

./07/05

PATIENT FINANCIAL HISTORY BY DT SERVICE
TEXOMA UROLOGY CENTER
Accounts 25806 - 25806  All Dates

| cct Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | Previous Balance : | | | | 0.00 |
| 5806 | | RALEY,MISTY | | | | | | |
| 12/28/04 | 0 | RALEY,MISTY | 2 | 99242 INTERMEDIATE OFFICE | | 599.7 | 1.00 | 125.00 |
| 02/07/05 | | Check Payment | | Ins #8 | 12/28/04 | | | -57.00 |
| 02/07/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 12/28/04 | | | -68.00 |
| 06/09/05 | 0 | RALEY,MISTY | 4 | 99213 INTERMEDIATE ESTABLI | | 596.54 | 1.00 | 90.00 |
| 06/09/05 | 0 | RALEY,MISTY | 4 | A4338 FOLEY CATHETER | | 596.54 | 1.00 | 10.00 |
| 07/14/05 | 0 | RALEY,MISTY | 4 | 51710 S/P TUBE CHANGE, COM | | 596.54 | 1.00 | 350.00 |
| 07/14/05 | 0 | RALEY,MISTY | 4 | A4357 BED BAG | | 596.54 | 1.00 | 16.00 |
| 07/14/05 | 0 | RALEY,MISTY | 4 | A4338 FOLEY CATHETER | | 596.54 | 1.00 | 10.00 |
| 08/15/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 06/09/05 | | | -10.00 |
| 08/15/05 | | Check Payment | | Ins #8 | 08/15/05 | | | -28.78 |
| 08/15/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 08/15/05 | | | -61.22 |
| 08/18/05 | 0 | RALEY,MISTY | 4 | 51710 S/P TUBE CHANGE, COM | | 596.54 | 1.00 | 350.00 |
| 08/18/05 | 0 | RALEY,MISTY | 4 | A4338 FOLEY CATHETER | | 596.54 | 1.00 | 10.00 |
| 08/18/05 | 0 | RALEY,MISTY | 4 | A4358 LEG BAG | | 596.54 | 1.00 | 12.00 |
| 08/25/05 | 0 | RALEY,MISTY | 4 | 99213 INTERMEDIATE ESTABLI | | 596.54 | 1.00 | 90.00 |
| 09/08/05 | 0 | RALEY,MISTY | 4 | 51710 S/P TUBE CHANGE, COM | | 596.54 | 1.00 | 350.00 |
| 09/19/05 | | Check Payment | | Ins #8 | 09/19/05 | | | -28.78 |
| 09/19/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/19/05 | | | -61.22 |
| 09/19/05 | | Check Payment | | Ins #8 | 08/18/05 | | | -58.77 |
| 09/19/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/19/05 | | | -291.23 |
| 09/19/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/19/05 | | | -16.00 |
| 09/19/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 07/15/05 | | | -10.00 |
| 09/19/05 | | Check Payment | | Ins #8 | 07/14/05 | | | -58.77 |
| 09/19/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 07/14/05 | | | -291.23 |
| 09/26/05 | | Check Payment | | Ins #8 | 09/26/05 | | | -58.77 |
| 09/26/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/26/05 | | | -291.23 |
| 09/26/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/26/05 | | | -10.00 |
| 09/26/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/26/05 | | | -12.00 |
| 09/30/05 | 0 | RALEY,MISTY | 4 | 99214 EXTENDED ESTABLISHED | | 596.54 | 1.00 | 105.00 |
| 10/17/05 | | Check Payment | | Ins #8 | 09/30/05 | | | -40.42 |
| 10/17/05 | | Adjustment (5) | | MEDICAID ADJUSTMENT | 09/30/05 | | | -64.58 |
| 10/28/05 | 0 | RALEY,MISTY | 4 | 99213 INTERMEDIATE ESTABLI | | 788.20 | 1.00 | 90.00 |

TOTALS FOR ACCOUNT 25806   PAYMENTS :   331.29   ADJUSTS :   1186.71   CHARGES :   1608.00   13.00   90.00
REFUNDS:   0.00

331.29        1186.71        1608.00              90.00

| :ct Date | Dep # | Name | Dr# | Procedure | | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5806 | | RALEY,MISTY | | | Previous Balance : | | | | 90.00 |
| 11/07/05 | | Other Payment | MEDREC | | Other | 11/07/05 | | | -25.00 |
| 11/14/05 | | Check Payment | | | Ins #8 | 11/14/05 | | | -28.78 |
| 11/14/05 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 11/14/05 | | | -61.22 |
| 11/14/05 | 0 | RALEY,MISTY | 4 | MEDRECORDS | MEDICAL RECORDS | | MEDRECORDS | 1.00 | 25.00 |
| 11/15/05 | 0 | RALEY,MISTY | 4 | 99211 | BRIEF ESTABLISHED OF | | 788.20 | 1.00 | 50.00 |
| 11/30/05 | | Check Payment | | | Ins #8 | 11/30/05 | | | -11.44 |
| 11/30/05 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 11/30/05 | | | -38.56 |
| 12/13/05 | 0 | RALEY,MISTY | 4 | 51710 | S/P TUBE CHANGE, COM | | 596.54 | 1.00 | 350.00 |
| 12/31/05 | | Check Payment | | | Ins #8 | 12/31/05 | | | -58.77 |
| 12/31/05 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 12/31/05 | | | -291.23 |
| 01/18/06 | 0 | RALEY,MISTY | 4 | 99212 | LIMITED ESTABLISHED | | 596.54 | 1.00 | 75.00 |
| 01/31/06 | | Check Payment | | | Ins #8 | 01/31/06 | | | -19.15 |
| 01/31/06 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 01/31/06 | | | -55.85 |
| 02/08/06 | 0 | RALEY,MISTY | 4 | MEDRECORDS | MEDICAL RECORDS | | MEDRECORDS | 1.00 | 25.00 |
| 02/08/06 | | Check Payment | MEDREC | | Other | 02/08/06 | | | -25.00 |
| 02/13/06 | 0 | RALEY,MISTY | 4 | 51710 | S/P TUBE CHANGE, COM | | 788.20 | 1.00 | 350.00 |
| 02/17/06 | 0 | RALEY,MISTY | 2 | 99211 | BRIEF ESTABLISHED OF | | 788.20 | 1.00 | 50.00 |
| 02/27/06 | | Check Payment | | | Ins #8 | 02/27/06 | | | -58.77 |
| 02/27/06 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 02/27/06 | | | -291.23 |
| 02/28/06 | | Check Payment | | | Ins #8 | 02/28/06 | | | -12.14 |
| 02/28/06 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 02/28/06 | | | -37.86 |
| 03/20/06 | 0 | RALEY,MISTY | 4 | 99214 | EXTENDED ESTABLISHED | | 625.6 | 1.00 | 180.00 |
| 03/31/06 | | Check Payment | | | Ins #8 | 03/31/06 | | | -40.42 |
| 03/31/06 | | Adjustment (5) | | | MEDICAID ADJUSTMENT | 03/31/06 | | | -139.58 |
| 05/26/06 | 0 | RALEY,MISTY | 4 | 99214 | EXTENDED ESTABLISHED | | 788.20 | 1.00 | 180.00 |

```
      TOTALS FOR ACCOUNT 25806    PAYMENTS :     279.47   ADJUSTS  :      915.53   CHARGES :    1285.00        9.00         180.00
                                  REFUNDS:         0.00
                                             ------------          ------------               ------------               ------------
                                                 279.47                  915.53                    1285.00                    180.00
```