DON FRIEDMAN, M.D.                                                                           10/2/2006

                                                                                   Page 1

1                IN THE DISTRICT COURT OF OKLAHOMA COUNTY
2                            STATE OF OKLAHOMA
3
4
5
6    MISTY RALEY, Individually, and      ) CJ-2005-4935
     MISTY RALEY, as Parent and Next     )
7    Friend of C▮▮▮ G▮▮▮ W▮▮▮            )
     G▮▮▮, AND C▮▮▮ G▮▮▮, minor          )
8    Children,                           )
                                         )
9                     Plaintiffs,        )
                                         )
10   vs.                                 )
                                         )
11   HYUNDAI MOTOR COMPANY, a Korean     )
     Corporation; HYUNDAI MOTOR AMERICA,)
12   a California Corporation; NSK LTD,  )
     a Japanese Corporation;             )
13                                       )
                      Defendants.        )
14   _____)
15
16
17         Deposition of DR. DON FRIEDMAN taken on behalf of
18   Defendants at the Harbor View Inn, 28 West Cabrillo Boulevard,
19   Santa Barbara, California, at 10:10 a.m., Monday, October 2,
20   2006, before WENDY DRISCOLL, CSR No. 12480, a Certified
21   Shorthand Reporter within and for the County of Ventura, State
22   of California, pursuant to Notice.
23                              -oOo-
24   //
25   //

EXHIBIT 10

Page 42

1  then veered to the right and it had, what I think you've
2  described in your report, as a sideswipe of the barrels,
3  right?
4      A  Yes.
5      Q  And so after the sideswipe occurs, the vehicle goes
6  into a counterclockwise yaw across the paved roadway, correct?
7      A  Yes.
8      Q  Is the counterclockwise yaw something that is caused
9  by steering input from the driver?
10     A  It's not clear. I mean, according to Dickerson, I
11 think he said that he thought the vehicle had, by the time it
12 got to the bottom of the slope, it was something like a 70 or
13 -- that was my impression, something like a 70-degree yaw
14 relative to the direction of travel counterclockwise.
15     Q  Wouldn't that likely be the result of oversteering as
16 a result of the sideswipe on the right?
17     A  Not when you're talking about it goes a distance of
18 400 feet. In other words, the question of likely is not a --
19 I don't think that's a good qualifier. Sort of, obviously,
20 yes, it did yaw, but what the initiation of the yaw was is
21 hard to say since the barrels were on the right, then the
22 impact and most of the damage to the sideswipe is at the front
23 of the vehicle. So just as the contact on the rear left
24 bumper would have caused a right yaw into the barrels, the
25 contact with the barrels would have initiated a left yaw.

Page 43

1      Q  You've reproduced as figure one in your report the
2  police officer's sketch. Do you think the point of rest
3  depicted in the sketch is essentially correct?
4         MR. MERRITT: The point of rest of what?
5         MR. JENNINGS: Point of rest of the vehicle.
6      Q  Is that essentially correct?
7      A  I don't know.
8      Q  You don't have any reason to think that it's not, do
9  you?
10     A  Well, I think he said one roll, he said a number of
11 things, I think it was up to Mr. Dickerson to evaluate that.
12 It only affected my opinion with regard to the things that
13 Mr. Dickerson investigated and so it's not -- it wasn't
14 something that I needed to determine personally.
15     Q  At what point would the air bag on the driver's side
16 have deployed?
17     A  Probably on the first half roll.
18     Q  May I use your vehicle, here?
19     A  Sure.
20     Q  So why don't you demonstrate for me using your little
21 car there at what point do you think or what would have been
22 the position of the vehicle relative to the ground when the
23 driver's side air bag deployed. Can you do that, please, sir.
24     A  Positioned relative to the ground. I didn't
25 investigate the question of how the side impact air bag is

Page 44

1  deployed and so I don't know whether it had a contact sensor
2  or an inertial sensor. I suspect it had a contact sensor. My
3  suggestion then, if it has a contact sensor, would be that the
4  vehicle contacts the earth as it finishes the first half roll,
5  then deploys and then continues. If it had a rollover sensor
6  or if there were sufficient racking of the vehicle from the
7  near side to cause the far side sensor to activate, then it
8  could have been earlier.
9      Q  There wasn't any defect in the vehicle that caused
10 the roll itself, was there?
11     A  I didn't investigate whether there was a defect.
12 Typically, when you have a nonsingle vehicle rollover, the
13 cause of the rollover is clouded by too many factors to say.
14 I mean, it's always the case that drivers have some influence
15 on it, vehicle's suspension and characteristics have some
16 influence on it and a roll propensity has some influence on
17 it, but I don't think in a multi-vehicle or a nonsingle
18 vehicle rollover there's anything descriptive that you can
19 say.
20     Q  So by the time this vehicle rolled it apparently had
21 been struck in the left rear by another vehicle and it had
22 been struck on the right front by barrels, correct?
23     A  Right.
24     Q  Then it takes off cross-country off the pavement and
25 is yawing down the incline before it actually rolls, right?

Page 45

1      A  Yes. And so the furrowing with respect to the
2  incline is such that you would believe that the vehicle was
3  moving relatively slowly at the time that it rolled.
4      Q  The furrowing that you see where, in the dash cam
5  video?
6      A  Yeah.
7      Q  That's your only information about the furrowing,
8  isn't it?
9      A  I got the impression from Mr. Dickerson, independent
10 of the video camera, that the trip point was at the bottom of
11 the incline. And so I presume that was from some furrowing
12 that was present.
13     Q  <u>It's your opinion that Mrs. Raley was likely ejected</u>
14 <u>through the side window, correct?</u>
15     A  <u>Or the sunroof.</u>
16     Q  <u>Have you made an effort to determine which it was?</u>
17     A  <u>No, because the injury occurred prior to that.</u>
18     Q  So it doesn't matter what portal she came through?
19     A  Well, I think it matters. She didn't come through
20 the right front window because that would be inconsistent with
21 a trajectory that would put her where she was at rest.
22     Q  Of course. But from the standpoint of understanding
23 her kinematics and the mechanisms of her injury, it doesn't
24 really matter to you whether she came out through the side
25 window or the sunroof, is that correct?

12 (Pages 42 to 45)

DEVINE-HALL & ASSOCIATES, LTD. * 800.660.2778 * depos@devine-hall.com * www.devine-hall.com
CERTIFIED COURT & REALTIME REPORTERS * DOCUMENT REPOSITORY SPECIALISTS